IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHRER BROTHERS, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SUPER FRESH WHOLESALE FOODS INC., a California corporation, HOWARD HARTMAN, JR., an individual, and HOWARD HARTMAN, III, an individual,<br><br>  Defendants.<br>_____ | 2:10-cv-03390-GEB-CMK<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

Plaintiff's Status Report filed April 8, 2011, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for April 25, 2011, is continued toJune 27, 2011, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to Status Conference.

IT IS SO ORDERED.

Dated: April 19, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1