UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Rohrer Brothers, Inc.**

    **v.**

**Super Fresh Wholesale Foods, Inc., et al**

_____

**DEFAULT JUDGMENT**

Case No. CIV S-10-cv-3390 GEB CMK (TEMP)

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in accordance with the order issued 5/10/2011 against defendants:

    **Super Fresh Wholesale Foods, Inc. And Howard Hartman III**

May 10, 2011

VICTORIA C. MINOR, CLERK

By: _____/s/_____
R. Matson, Deputy Clerk